(August 25, 1988)

■ ANGELO V. CASSARINO, Appellant, v EDWARD P. ROMAINE et al., Respondents.—Appeal by the petitioner from a judgment of the Supreme Court, Suffolk County (Molloy, J.), dated August 23, 1988.

Ordered that the judgment is affirmed, without costs or disbursements. No opinion. Brown, J. P., Kunzeman, Eiber and Kooper, JJ., concur.